IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.        CASE NO.: 1:06cv174-SPM

CARL E. DUBE,

    Defendant.

_____/

**ORDER ACKNOWLEDGING LIFTING OF STAY AND
DIRECTING DEFENDANT TO FILE RESPONSE**

This cause comes before the Court on Plaintiff's Notice That Defendant's Bankruptcy Case Was Dismissed and That the Automatic Stay Has Been Lifted (doc. 10). There being no further basis for staying this case, it is

ORDERED AND ADJUDGED:

1.    The stay is lifted.

2.    Defendant shall have up to and including July 16, 2007, to file an answer or response to the complaint.

3.    Failure to file an answer or response as ordered will result in the entry of default by the clerk, as provided by Federal Rule of Civil Procedure 55(a).

DONE AND ORDERED this 2nd day of July, 2007.

                  *s/ Stephan P. Mickle*
                  Stephan P. Mickle
                  United States District Judge